UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DONNA PHILLIPS,

     Plaintiff,

  v.

IMS LOANS, INC., et. al.,

     Defendants.

NO. CIV.S-09-3112 FCD EFB

ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS

----oo0oo----

    1.   The hearing on Defendant Wachovia's Motion to Dismiss (Docket #6) is continued to April 9, 2010, at 10:00 a.m. Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than March 26, 2010. The Defendant may file and serve a reply on or before April 2, 2010.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).

///

3.   Plaintiff's counsel shall file his response to the order to show cause on or before March 26, 2010.
         4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.
         IT IS SO ORDERED.
DATED: February 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE