UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DONNA PHILLIPS,

        Plaintiff,

    v.

IMS LOANS, et. al.,

        Defendants.

NO. CIV. S-09-3112 FCD EFB

<u>ORDER FOR SANCTIONS AND
FURTHER ORDER TO SHOW CAUSE</u>

----oo0oo----

    On February 1, 2010, plaintiff's counsel, Mr. Stephen Collette, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).  The court ordered counsel to file his response to the Order to Show Cause on or before March 26, 2010. As of today's date, a response has not been filed, and therefore, the court makes the following orders:

    1.   Plaintiff's counsel, Mr. Stephen Collette, is ordered to pay sanctions in the amount of **$150.00** for his failure to file

a response to the Order to Show Cause filed on February 1, 2010. Payment should be in the form of a check made payable to the Clerk of the Court.  The sum is to be paid personally by plaintiff's counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

    2.   Plaintiff's counsel is further ordered to show cause why he should not be sanctioned an additional **$300.00** for his failure to respond to legal deadlines and the court's orders, and why plaintiff's case should not be dismissed for failure to prosecute.

    3.   The hearing currently set for April 9, 2010 is VACATED, and RESET for May 21, 2010 at 10:00 a.m. in Courtroom #2.

    IT IS SO ORDERED.

DATED: March 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE