UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DONNA PHILLIPS,

        Plaintiff,

   v.

IMS LOANS, INC., et. al.,

        Defendants.

NO. CIV.S-09-3112 FCD EFB

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendant Wachovia's Motion for Attorneys' Fees (Docket #15) is continued to July 23, 2010, at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than July 9, 2010.  The defendant may file and serve a reply on or before July 16, 2010.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).

///

3.  Plaintiff's counsel shall file his response to the order to show cause on or before July 9, 2010.

4.  A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: June 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE