Jeremy E. Shulman (#257582)
  jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900; Fax: (626) 577-7764

Attorneys for Defendant,
WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., formerly known as WACHOVIA MORTGAGE, FSB and WORLD SAVINGS BANK, FSB, sued herein as Wells Fargo Bank as successor by acquisition to Wachovia Bank and World Savings Bank ("Wachovia")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| DONNA L. PHILLIPS, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>IMS LOANS, INC. a California Corporation; WELLS FARGO BANK as successor by acquisition to Wachovia Bank and World Savings Bank, a California corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:09-CV-03112-FCD-EFB<br><br>[Assigned to the Hon. Frank C. Damrell, Jr., Ctrm. 2, for all purposes]<br><br>ORDER ON WACHOVIA'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR ATTORNEYS' FEES<br><br>Date:  October 8, 2010<br>Time: 10:00 a.m.<br>Ctrm: 2 |

The Court, having read and considered the request of counsel for defendant

1

Wachovia Mortgage to appear telephonically at the hearing on the motion for attorneys' fees on October 8, 2010 at 10:00 a.m., hereby grants permission to appear telephonically.

Dated: October 6, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE